No. 23-2664

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

Keith Paul Bird,
*Plaintiff-Appellee,*
v.
James Dzurenda, et al.,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Nevada
No. 2:20-cv-02093-ART-NJK

**PLAINTIFF-APPELLEE'S MOTION
FOR EXTENSION OF TIME TO FILE PETITION FOR
PANEL AND/OR EN BANC REHEARING**

Pursuant to Federal Rule of Appellate Procedure 26 and Circuit Rule 27.1, Plaintiff-Appellee Keith Paul Bird ("Appellee") hereby moves to extend the time within which he may file a petition for panel and/or en banc rehearing to April 28, 2025.

1. On March 13, 2025, a panel of this Court issued an opinion reversing the district court's denial of qualified immunity and remanding with instructions to

1

grant summary judgment on Appellee's retaliation claim. Judgment was entered on March 13, 2025.

2. Pursuant to Rules 35(c) and 40 of the Federal Rules of Appellate Procedure, the deadline for filing a petition for panel rehearing and/or rehearing en banc is 14 days from the entry of judgment. Accordingly, any such petition is currently due on March 27, 2025.

3. Appellee seeks a 30-day extension of the time within which he may file a petition for panel rehearing and/or rehearing en banc. If the Court grants the requested extension, the deadline for any such petition would be April 28, 2025.

4. The request for an extension is supported by good cause. Appellee is currently incarcerated at Ely State Prison in Nevada, whereas his counsel are located in Washington, D.C. That makes it more difficult than usual for counsel to consult with Appellee on attorney-client privileged matters and for Appellee to review drafts of filings. Accordingly, additional time to analyze and discuss the issues and to prepare a request for rehearing is needed. Following the Court's decision, counsel for Appellee have made efforts to contact Appellee but have not yet been able to reach him by phone.

5. This is the first request for an extension of time to file a rehearing petition in this case. Appellee contacted counsel for Defendants-Appellants but, as

of the time of this filing, has not yet heard from counsel regarding Defendants-Appellants' position on this motion.

Therefore, Appellee respectfully requests that the Court extend the time within which Appellee may file a petition for panel and/or en banc rehearing in this case to April 28, 2025.

Respectfully submitted,

DATED: March 20, 2025　　　By: */s/ Rachel G. Miller-Ziegler*
　　　　　　　　　　　　　　　　Rachel G. Miller-Ziegler
　　　　　　　　　　　　　　　　Lyndsey Franklin
　　　　　　　　　　　　　　　　MUNGER, TOLLES & OLSON LLP
　　　　　　　　　　　　　　　　601 Massachusetts Ave. NW
　　　　　　　　　　　　　　　　　Suite 500 E
　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　(202) 220-1100
　　　　　　　　　　　　　　　　Rachel.Miller-Ziegler@mto.com
　　　　　　　　　　　　　　　　Lyndsey.Franklin@mto.com

　　　　　　　　　　　　　　　　Samuel David Kinder Weiss
　　　　　　　　　　　　　　　　RIGHTS BEHIND BARS
　　　　　　　　　　　　　　　　416 Florida Ave. NW
　　　　　　　　　　　　　　　　　Suite 26152
　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　(202) 455-4399
　　　　　　　　　　　　　　　　sam@rightsbehindbars.org

　　　　　　　　　　　　　　　　*Counsel for Plaintiff-Appellee*
　　　　　　　　　　　　　　　　*Keith Paul Bird*

# CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 337 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document was prepared in a proportionally spaced typeface using Microsoft Word in 14-point font.

DATED:  March 20, 2025            By: */s/ Rachel G. Miller-Ziegler*
                                      Rachel G. Miller-Ziegler
                                      *Counsel for Plaintiff-Appellee*
                                      *Keith Paul Bird*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Case Management System (ACMS).

DATED: March 20, 2025          By: */s/ Rachel G. Miller-Ziegler*
                                                      Rachel G. Miller-Ziegler
                                                      *Counsel for Plaintiff-Appellee*
                                                      *Keith Paul Bird*