

FILED

AUG 1 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

KEITH PAUL BIRD,

    Plaintiff - Appellee,

v.

JAMES DZURENDA; et al.,

    Defendants - Appellants.

No. 23-2664

D.C. No. 2:20-cv-02093-ART-NJK
District of Nevada, Las Vegas

ORDER

Before: GOULD and BUMATAY, Circuit Judges, and SEABRIGHT, District Judge.[*]

    The panel has voted to deny the petition for panel rehearing. Judges Gould and Bumatay have voted to deny the petition for rehearing en banc and Judge Seabright has so recommended. Fed. R. App. P. 40. The full court has been advised of the petition, and no judge has requested a vote on it. *Id.* The petition for panel rehearing and rehearing en banc, Dkt. No. 44, is therefore **DENIED**.

---

    [*] The Honorable J. Michael Seabright, United States District Judge for the District of Hawaii, sitting by designation.